# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>  vs.<br>Miguel Alejandro Ruiz Castellanos,<br><br>                          Defendant. | CASE NO. 11CR1733-WQH<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED**.

Dated:   6/22/2012

                                              *Barbara L. Major*
                                      **HONORABLE BARBARA L. MAJOR**
                                      **United States Magistrate Judge**